UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN ELIZABETH TARR,

               Plaintiff,

– against –

HOOPSWAGG, LLC,

               Defendant.

**ORDER**

23-cv-9261 (ER)

Ramos, D.J.:

    On April 19, 2024, the Court Ordered that this case be referred for mediation to the Court-annexed Mediation Program. Subject to Local Rule 83.9, parties were directed to participate in the mediation in good faith.

    On May 21, 2024, the Southern District of New York mediator's office informed the Court that court-ordered mediation was not held, as one or both parties failed, refused to attend, or refused to participate in the mediation.

    Parties are directed to submit a status report by May 28, 2024.

    It is SO ORDERED.

Dated:   May 22, 2024
            New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.